IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vito A Fesler<br>      Toni L. Fesler a/k/a Toni L. Carucci<br>                  Debtor(s) | BK NO. 24-03153 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Brent J. Lemon*
                        Brent Lemon
                        10 Dec 2024, 11:04:12, EST

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322