United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03153-MJC
Vito A Fesler  Chapter 13
Toni L. Fesler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 07, 2025     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vito A Fesler, Toni L. Fesler, 19 Sycamore Circle, Albrightsville, PA 18210-3809 |
| 5673706 | + | Acceptance Now, 7225 Woddhaven Blvd, Ridgewood, NY 11385-7957 |
| 5673714 | + | Gregory D. Malaska, Esq., Young & Haros, LLC, 802 Main St, Stroudsburg, PA 18360-1602 |
| 5676219 | + | Indian Mountain Lake Civic Association, YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5673719 | | NYC Dept of Finance, P.O. Box 3641, New York, NY 10008-3641 |
| 5673720 | | NYC Dept. of Finance/Parking, P.O. Boc 3615, New York, NY 10008-3615 |
| 5673718 | + | Nassau County Traffic and Parking, 801 Axinn Ave, Garden City, NY 11530-2118 |
| 5673721 | + | Peter C. Merani, PC, 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |
| 5673722 | | Port Authority of NY/NJ, P.O. Box 15185, Albany, NY 12212-5185 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5673707 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 07 2025 18:46:00 | AllianceOne Receivables Mgt, P.O. Box 3100, Southeastern, PA 19398-3100 |
| 5673708 | ^ | MEBN | Jan 07 2025 18:45:31 | Asset Recovery Solutions, 2200 E Devon Ave. Suite 200, Des Plaines, IL 60018-4501 |
| 5676121 | + | Email/Text: EAGBankruptcy@coned.com | Jan 07 2025 18:46:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 5673709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:54:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5673710 | + | Email/Text: EAGBankruptcy@coned.com | Jan 07 2025 18:46:00 | Con Edison, 4 Irving Pl, New York, NY 10003-3598 |
| 5673711 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2025 18:54:09 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5674523 | ^ | MEBN | Jan 07 2025 18:45:49 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5673712 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 07 2025 18:46:00 | Flagship Credit Acceptance, 1234 Lakeshore Dr, Coppell, TX 75019-5168 |
| 5673713 | + | Email/Text: galaxybk@galaxyllc.net | Jan 07 2025 18:46:00 | Galaxy International Purchasing LLC, 4730 South Fort Apache Road, Las Vegas, NV 89147-7945 |
| 5673715 | + | Email/Text: collections@indianmountainlake.com | Jan 07 2025 18:46:00 | Indian Mountain Lakes Civic Assoc., 95 Highridge Road, Albrightsville, PA 18210-7771 |
| 5673716 | ^ | MEBN | Jan 07 2025 18:45:49 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1538 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5673717 | + | Email/Text: support@ljross.com | Jan 07 2025 18:46:00 | L J Ross Assoc, 4 Universal Way, Jackson, MI 49202-1455 |
| 5673720 | ^ | MEBN | Jan 07 2025 18:46:28 | NYC Dept. of Finance/Parking, P.O. Boc 3615, New York, NY 10008-3615 |
| 5673723 | ^ | MEBN | Jan 07 2025 18:46:10 | PP & L, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5679224 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2025 18:46:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5673724 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 07 2025 18:46:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5678807 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 07 2025 18:46:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5673725 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 07 2025 18:46:00 | Select Portfolio Servicing, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5673726 | ^ | MEBN | Jan 07 2025 18:46:03 | St. Luke's University Health, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5673727 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 07 2025 18:46:00 | U.S. Bank National Association, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5676218 | *+ | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor U.S. Bank National Association as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | |

| | |
|---|---|
| | on behalf of Debtor 2 Toni L. Fesler donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Vito A Fesler donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Vito A Fesler, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:24−bk−03153−MJC |
| Toni L. Fesler, | |
| aka Toni L. Carucci, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 20, 2025 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcnfhrg (08/21)