# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    VITO A FESLER
           TONI L. FESLER
           AKA: TONI L. CARUCCI

           Debtor(s)                    CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                Movant

           vs.

           VITO A FESLER               CASE NO: 5-24-03153-MJC
           TONI L. FESLER
           AKA: TONI L. CARUCCI

                Respondent(s)

## WITHDRAWAL OF CERTIFICATION THAT 341 MEETING OF CREDITORS HELD.

AND NOW, on February 11, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Certification that 341 Meeting of Creditors Held. filed on January 7, 2025, be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

                          Respectfully submitted,

                          /s/   Agatha R. McHale, Esquire
                          ID: 47613
                          Attorney for Trustee
                          Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          Suite A, 8125 Adams Drive
                          Hummelstown, PA 17036
                          Phone:  (717) 566-6097
                          email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   VITO A FESLER
          TONI L. FESLER
          AKA: TONI L. CARUCCI

           Debtor(s)

JACK N. ZAHAROPOULOS      **CHAPTER 13**
CHAPTER 13 TRUSTEE
           Movant

                              CASE NO: 5-24-03153-MJC
VITO A FESLER
TONI L. FESLER
AKA: TONI L. CARUCCI

           Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 11, 2025, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO PA  18424-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA  17102

Served by First Class Mail
VITO A FESLER
TONI L. FESLER
19 SYCAMORE CIRCLE
ALBRIGHTSVILLE  PA  18210

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 11, 2025           /s/  Donna Schott
                                 Office of the Standing Chapter 13 Trustee
                                 Jack N. Zaharopoulos
                                 Suite A, 8125 Adams Dr.
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 email: info@pamd13trustee.com