UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: VITO A. FESLER and<br>TONI L. FESLER,<br>AKA TONI L. CARUCCI,<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>    Movant | : | |
| vs. | : | |
| VITO A. FESLER and<br>TONI L. FESLER,<br>AKA TONI L. CARUCCI,<br>    Respondents | : | CASE NO. 5:24-bk-03153-MJC |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 28th of May 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reasons:

1. Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have excess non-exempt equity in the following:

   a. Property held as tenants by the entireties to the extent of joint claims. Consolidated Edison Company of New York, Inc. filed a joint claim.

2. Trustee avers that Debtors' Plan is not feasible based upon the following:

   a. The Plan is inconsistent with Proofs of Claim filed and/or approved by the Court. Santander Consumer USA, Inc. filed a claim with arrears of $1,714.25, and the Plan has $712.26.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtors' Plan;
b. dismiss or convert Debtors' case; and
c. provide such other relief as is equitable and just.

        Respectfully submitted:

        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

BY: /s/ Agatha R. McHale, Esquire
      Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 28th day of May 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Timothy B. Fisher, II, Esquire
Fisher and Fisher Law Offices
P.O. Box 396
Gouldsboro, PA 18424

                /s/ Derek M. Strouphauer, Paralegal
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee