United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Vito A Fesler<br>Toni L. Fesler<br>    Debtors | Case No. 24-03153-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 03, 2025 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: EAGBankruptcy@coned.com | Oct 03 2025 18:41:00 | Consolidated Edison Company of New York, Inc., 4 Irving Place, New York, NY 10003-3502, ATTN: Tim Cawley, CEO |
| | + | Email/Text: EAGBankruptcy@coned.com | Oct 03 2025 18:41:00 | Consolidated Edison Company of New York, Inc., 4 Irving Place, 9th Floor, New York, NY 10003, ATTN: Thamar Rosado-Arder, Senior Customer Service Representative 10003-3502 |
| 5676121 | + | Email/Text: EAGBankruptcy@coned.com | Oct 03 2025 18:41:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New |

York common law trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank National Association as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Timothy B. Fisher, II

on behalf of Debtor 2 Toni L. Fesler donna.kau@pocono-lawyers.com

Timothy B. Fisher, II

on behalf of Debtor 1 Vito A Fesler donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VITO A. FESLER | : | |
| TONI L. FESLER | : | |
|     Debtor | : | CASE NO. 5:24-bk-03153-MJC |
| | : | |
| VITO A. FESLER | : | |
| TONI L. FESLER | : | |
|     Objectants | : | |
| Vs. | : | |
| | : | |
| CONSOLIDATED EDISON COMPANY | : | |
| OF NEW YORK INC. | : | |
|     Claimant | : | |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim No. 2 of Consolidated Edison Company of New York, Inc., Doc. 38 ("Objection"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and Claim No. 2 is **DISALLOWED** in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 3, 2025