United States Bankruptcy Court
Middle District of Pennsylvania

In re Vito A Fesler
Toni L. Fesler
Debtor(s)

Case No. 5:24-bk-03153
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **November 24, 2025**, a copy of **Order Confirming 3rd Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

Label Matrix for local noticing
0314-5
Case 5:24-bk-03153-MJC
Middle District of Pennsylvania
Wilkes-Barre
Sat Nov 22 12:34:35 EST 2025

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Acceptance Now
7225 Woddhaven Blvd
Ridgewood, NY 11385-7957

AllianceOne Receivables Mgt
P.O. Box 3100
Southeastern, PA 19398-3100

Asset Recovery Solutions
2200 E Devon Ave. Suite 200
Des Plaines, IL 60018-4501

CONSOLIDATED EDISON COMPANY OF NEW YORK INC
4 IRVING PLACE 9TH FLOOR
NEW YORK, NY 10003-3502

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Con Edison
4 Irving Pl
New York, NY 10003-3598

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

FIRST PORTFOLIO VENTURES II, LLC
3091 Governors Lake Drive Suite 500
Peachtree Corners, GA 30071-1135

FLAGSHIP CREDIT ACCEPTANCE
PO BOX 3807
COPPELL, TX 75019-5877

Flagship Credit Acceptance
1234 Lakeshore Dr
Coppell, TX 75019-5168

GREGORY D. MALASKA, ESQ.
YOUNG & HAROS, LLC
802 MAIN ST.
STROUDSBURG, PA 18360-1602

Galaxy International Purchasing LLC
4730 South Fort Apache Road
Las Vegas, NV 89147-7945

Indian Mountain Lake Civic Association
YOUNG & HAROS, LLC
802 MAIN ST.
STROUDSBURG, PA 18360-1602

Indian Mountain Lakes Civic Assoc.
95 Highridge Road
Albrightsville, PA 18210-7771

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group, P.C.
Ste 5000 - BNY Independence Center
701 Market St
Philadelphia, PA 19106-1538

L J Ross Assoc
4 Universal Way
Jackson, MI 49202-1455

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NYC Dept of Finance
P.O. Box 3641
New York, NY 10008-3641

NYC Dept. of Finance/Parking
P.O. Boc 3615
New York, NY 10008-3615

Nassau County Traffic and Parking
801 Axinn Ave
Garden City, NY 11530-2118

PP & L
827 Hausman Road
Allentown, PA 18104-9392

Peter C. Merani, PC
1001 Avenue of the Americas
Suite 1800
New York, NY 10018-5515

Port Authority of NY/NJ
P.O. Box 15185
Albany, NY 12212-5185

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Santander Consumer USA
PO Box 961211
Fort Worth, TX 76161-0211

Santander Consumer USA Inc
P.O. Box 560284
Dallas, TX 75356-0284

Exhibit "A"

| Select Portfolio Servicing<br>3217 S Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | St. Luke's University Health<br>801 Ostrum Street<br>Bethlehem, PA 18015-1000 | (p)TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY<br>TBTA TOLL GROUP<br>2 BROADWAY 24TH FLOOR<br>NEW YORK NY 10004-2207 |
|---|---|---|
| U.S. Bank National Association<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | U.S. Bank National Association, at. el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | Toni L. Fesler<br>19 Sycamore Circle<br>Albrightsville, PA 18210-3809 |
| Vito A Fesler<br>19 Sycamore Circle<br>Albrightsville, PA 18210-3809 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | Triborough Bridge and Tunnel Authority<br>TBTA Toll Group<br>2 Broadway, 24th Floor<br>New York, NY 10004-1000 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)U.S. Bank National Association, as Trustee | (d)Gregory D. Malaska, Esq.<br>Young & Haros, LLC<br>802 Main St<br>Stroudsburg, PA 18360-1602 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |
|---|---|---|