UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VITO A. FESLER<br>TONI L. FESLER<br>Debtor(s) | Chapter 13<br><br>Case No.: 5:24-bk-03153-MJC |
| SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.<br>Plaintiff(s)/Movant(s),<br>vs.<br>VITO A. FESLER<br>TONI L. FESLER<br>Defendant(s)/Respondent(s) | Nature of Proceeding: Motion For Stay Relief<br><br>Document #: 57 |

## REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 1/14/26

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander