UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VITO A. FESLER<br>TONI L. FESLER<br>Debtor(s) | ) Chapter 13<br>)<br>) Case No.: 5:24-bk-03153-MJC<br>) |
| FLAGSHIP CREDIT ACCEPTANCE<br>Plaintiff(s)/Movant(s),<br>vs. | ) Nature of Proceeding: Motion For Stay Relief<br>)<br>) |
| VITO A. FESLER<br>TONI L. FESLER<br>Defendant(s)/Respondent(s) | ) Document #: 58<br>)<br>) |

### REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 2/10/26

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Flagship Credit Acceptance