United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 24-03153-MJC

Vito A Fesler                                                             Chapter 13

Toni L. Fesler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                              Page 1 of 3

Date Rcvd: Apr 17, 2026                        Form ID: ordsmiss                            Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vito A Fesler, Toni L. Fesler, 19 Sycamore Circle, Albrightsville, PA 18210-3809 |
| cr | + | Flagship Credit Acceptance, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342, UNITED STATES 30342-4762 |
| 5673706 | + | Acceptance Now, 7225 Woddhaven Blvd, Ridgewood, NY 11385-7957 |
| 5673714 | + | Gregory D. Malaska, Esq., Young & Haros, LLC, 802 Main St, Stroudsburg, PA 18360-1602 |
| 5676219 | + | Indian Mountain Lake Civic Association, YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |
| 5673718 | + | Nassau County Traffic and Parking, 801 Axinn Ave, Garden City, NY 11530-2118 |
| 5673721 | + | Peter C. Merani, PC, 1001 Avenue of the Americas, Suite 1800, New York, NY 10018-5515 |
| 5673722 | | Port Authority of NY/NJ, P.O. Box 15185, Albany, NY 12212-5185 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2026 16:53:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, P.O. Box 961245, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 5673707 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 17 2026 16:52:00 | AllianceOne Receivables Mgt, P.O. Box 3100, Southeastern, PA 19398-3100 |
| 5673708 | ^ | MEBN | Apr 17 2026 16:50:19 | Asset Recovery Solutions, 2200 E Devon Ave. Suite 200, Des Plaines, IL 60018-4501 |
| 5676121 | + | Email/Text: EAGBankruptcy@coned.com | Apr 17 2026 16:52:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 5673709 | + | EDI: CAPITALONE.COM | Apr 17 2026 20:52:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5673710 | + | Email/Text: EAGBankruptcy@coned.com | Apr 17 2026 16:52:00 | Con Edison, 4 Irving Pl, New York, NY 10003-3598 |
| 5673711 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2026 16:59:46 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5674523 | ^ | MEBN | Apr 17 2026 16:50:20 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 5684574 | + | Email/Text: bankruptcy@flagshipcredit.com | Apr 17 2026 16:53:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 5673712 | + | Email/Text: bankruptcy@flagshipcredit.com | Apr 17 2026 16:53:00 | Flagship Credit Acceptance, 1234 Lakeshore Dr, Coppell, TX 75019-5168 |
| 5673713 | + | Email/Text: galaxybk@galaxyllc.net | Apr 17 2026 16:52:00 | Galaxy International Purchasing LLC, 4730 South Fort Apache Road, Las Vegas, NV 89147-7945 |

| 5673715 | + Email/Text: collections@indianmountainlake.com | Apr 17 2026 16:52:00 | Indian Mountain Lakes Civic Assoc., 95 Highridge Road, Albrightsville, PA 18210-7771 |
| 5687965 | EDI: JEFFERSONCAP.COM | Apr 17 2026 20:52:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5673716 | ^ MEBN | Apr 17 2026 16:50:19 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1538 |
| 5673717 | + Email/Text: support@ljross.com | Apr 17 2026 16:52:00 | L J Ross Assoc, 4 Universal Way, Jackson, MI 49202-1455 |
| 5682238 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5673719 | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 17 2026 16:52:00 | NYC Dept of Finance, P.O. Box 3641, New York, NY 10008-3641 |
| 5673720 | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 17 2026 16:52:00 | NYC Dept. of Finance/Parking, P.O. Boc 3615, New York, NY 10008-3615 |
| 5673723 | ^ MEBN | Apr 17 2026 16:50:25 | PP & L, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5679224 | EDI: Q3G.COM | Apr 17 2026 20:52:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5688025 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5673724 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2026 16:53:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5678807 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2026 16:53:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5673725 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 16:53:00 | Select Portfolio Servicing, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5673726 | ^ MEBN | Apr 17 2026 16:50:14 | St. Luke's University Health, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5689082 | Email/Text: bankruptcy@mtabt.org | Apr 17 2026 16:52:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004-1000 |
| 5673727 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 16:53:00 | U.S. Bank National Association, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5686675 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 16:53:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID　　　Bypass Reason　Name and Address**
5676218　　　　*+　　　　　　GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J Eric Kishbaugh | on behalf of Creditor U.S. Bank National Association  as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor U.S. Bank National Association  as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust jkatz@raslg.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Trustee, on behalf of the COLT 2021-3R Mortgage Loan Trust, a New York common law trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Vito A Fesler donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Toni L. Fesler donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Flagship Credit Acceptance  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vito A Fesler,                                              Chapter        13

**Debtor 1**
                                                           Case No.        5:24−bk−03153−MJC
Toni L. Fesler,
aka Toni L. Carucci,

**Debtor 2**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 17, 2026

ordsmiss (05/18)